IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| EILEEN G. FAIR, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. C04-3077-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The final decision of the Commissioner is reversed and the Commissioner is ordered to award Plaintiff DI benefits to which she is entitled from November 27, 2000.

Dated: February 21, 2006      PRIDGEN J. WATKINS
    Clerk

    s/ des
    (By) Deputy Clerk